Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
P.O. Box 1989 # 305
Big Bear Lake, CA 92315
Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
L. Ray Harmon

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. Ray Harmon,<br><br>                    Plaintiff,<br><br>            v.<br><br>Western Tires, et al.<br><br>                    Defendants. | Case No.:<br>2:20−cv−10599 GW (GJSx)<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT:**

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled in its entirety as to all parties and all causes of action.

Respectfully submitted,

Dated: January 20, 2021          LAW OFFICES OF ROSS CORNELL, APC

By: /s/ *Ross Cornell*
Ross Cornell, Esq.,
Attorneys for Plaintiff,
L. Ray Harmon